IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TROY WHITE, et al.,

    Plaintiffs,

v.                                                               No. 06-2281-B

MID-SOUTH TRANSPORTATION
MANAGEMENT,

    Defendant.

_____

ORDER GRANTING MOTION OF DEFENDANT TO SET ASIDE ENTRY OF DEFAULT
_____

Before the Court is the June 29, 2007 motion of the Defendant, Mid-South Transportation Management, to set aside the clerk's entry of default.[1] In its motion, the Defendant's attorney has included a certificate of consultation indicating that the Plaintiffs do not oppose said motion. Therefore, as it appears to the Court that the motion is well taken and unopposed, it is hereby GRANTED.

**IT IS SO ORDERED** this 26th day of July, 2007.

                                      s/ J. DANIEL BREEN
                                      UNITED STATES DISTRICT JUDGE

---

[1] The Clerk entered default on June 8, 2007, based upon the Defendant's failure to timely answer the complaint.